No. 23-15183

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
_____

ALIGN TECHNOLOGY, INC.,
*Plaintiff-Appellee,*


v.


SMILEDIRECTCLUB, LLC; et al.,
*Defendants-Appellants.*
_____

On Appeal from the United States District Court,
Northern District of California,
Case No. 3:23-cv-00023-EMC
(The Honorable Edward M. Chen)
_____

**THE PARTIES' JOINT UPDATE RE STATUS OF
SMILEDIRECTCLUB LLC'S BANKRUPTCY FILING**

_____

JAMESON R. JONES
BARTLIT BECK LLP
1801 WEWATTA STREET, STE 1200
DENVER, CO 80202
(303) 592.3100

ADAM M. RAPP (CA Bar # 280824)
GLYNN, FINLEY, MORTL,
HANLON & FRIEDENBERG, LLP
100 PRINGLE AVE, SUITE 500
WALNUT CREEK, CA 94596
(925) 210-2800

*Counsel for Plaintiff-Appellee Align Technology, Inc.*

In accordance with the Court's order of October 30, 2023, Align Technology, Inc. and the Non-SDC Defendants-Appellants (David Katzman, Steven Katzman, Jordan Katzman, Alex Fenkell, Camelot Venture Group, Dr. Jeffrey Sulitzer, and Jeffrey Sulitzer, P.C.) hereby provide a joint update to the Court. In light of the ongoing bankruptcy proceedings, SmileDirectClub, LLC, SmileDirectClub, Inc., and SDC Financial LLC (collectively "SDC" or "Debtors") remain subject to the Bankruptcy Code's automatic stay.

**Status of Bankruptcy Proceedings:** SmileDirectClub ceased operations on December 9, 2023, and on January 26, 2024, the U.S. Bankruptcy Court for the Southern District of Texas converted the SDC bankruptcy cases to Chapter 7 cases. Allison Byman was appointed as the Chapter 7 trustee (the "trustee") in the Chapter 7 cases. The automatic stay of 11 U.S.C. § 362 applies to the Chapter 7 cases and related matters. The automatic stay currently remains in effect.

**Status of District Court Proceedings:** In the district court, proceedings against the SDC entities remain subject to 11 U.S.C. § 362's automatic stay. On April 16, 2024, Align voluntarily dismissed all of the

claims it had asserted against the Non-SDC Defendants-Appellants without prejudice.

**Align's Position:** Align agrees with the Non-SDC Defendants-Appellants that Align's voluntary dismissal of its state and federal RICO claims against the Non-SDC Defendants-Appellants does not affect this appeal.

With respect to SDC's bankruptcy, Align respectfully submits that the cessation of SDC's business further weakens the appellants' (including the Non-SDC Defendants-Appellants') argument that the matters set forth in Align's complaint and the arbitration award should remain sealed. There remains no competitive reason for keeping the conduct Align has alleged constitutes fraud in the provision of medical services secret from the public.

Importantly, the Chapter 7 trustee, in response to subpoenas issued in the securities litigations captioned *Franchi v. SmileDirectClub, Inc. et al*, Case #3:19-cv-00962 and *In Re: SmileDirectClub, Inc. Securities Litigation* (Davidson Cnty. Tenn. Chancery Ct.), No. 19-1169-IV, recently stated that it would not assert confidentiality over the July 15, 2022 arbitration award from which Align's complaint quotes and which

3

appellants seek to keep under seal through this appeal. Ex. 1, July 12, 2024, A. Power Email RE: Subpoena to Align for SDC arbitration documents. While Align has repeatedly sought the trustee's position on this appeal and the propriety of a continued stay, Align respectfully submits that the logical extension of the trustee's decision *not* to assert confidentiality over the arbitration award in response to the subpoenas means it cannot and will not assert that the portions of the award quoted in Align's complaint meet the rigorous standard for sealing such materials.

The trustee's position that the arbitration award is *not* confidential and the subsequent production of the award in the *Franchi* and *In Re: SmileDirectClub, Inc. Securities Litigation* cases without any confidentiality designation should therefore moot *SDC's* appeal of the district court's order. Thus, the automatic stay (assuming it applies in the first instance to this appeal) should no longer apply—and the appeal should proceed expeditiously as to the Non-SDC Defendants-Appellants.

The Non-SDC Defendants-Appellants now claim that some undisclosed cohort of them have "purchased SDC's intellectual property from the SPV" through an entity called OTIP Holding, LLC, and that the

SPV supposedly had owned the "confidential business information at issue in this appeal." *See* Non-SDC Defendants-Appellants' Position, *infra*. The only transaction related to the SDC estate's "intellectual property" throughout the duration of SDC's bankruptcy is a stipulation between SDC's largest secured creditor, HPS Investment Partners, LLC ("HPS"), non-debtor SDC U.S. SmilePay SPV (the "SPV"), and the chapter 7 trustee, which recognized the transfer of certain "Intellectual Property Assets" from the SPV to HPS. Ex. 2, Order Authorizing the Trustee to Enter Into a Stipulation. None of the assets transferred to HPS include SDC's confidentiality rights related to the relevant arbitration award or to SDC's rights under the Protective Order for the relevant arbitration. *Id*. And there have been no other stipulations from the Trustee to any transactions related to property supposedly owned by the SPV to any other parties, including OTIP Holding, LLC.

The Non-SDC Defendants-Appellants provide no proof that the undefined "purchased SDC[] intellectual property" provides any rights to the confidentiality of the arbitration award under the applicable Protective Order. The Court should demand such proof before crediting the Non-SDC Defendants-Appellants' claim.

Regardless, the Non-SDC Defendants-Appellants' supposed transaction cannot change the fact that the SDC trustee unequivocally stated that it "does not intend to seek protection or enforce confidentiality" of the at-issue arbitration award and that the award was produced by Align without a confidentiality designation in the above-mentioned matters. *See* Ex. 1.

If the Court desires further clarity on this issue, Align respectfully requests that the Court enter an order asking the Chapter 7 trustee to state its positions on the matter set forth in the appeal or decide whether it wants to dismiss SDC's portion of the appeal. For the reasons set forth in Align's letter brief, this Court has the authority to enter such an order because the appeal is not a "continuation[]" of an "action or proceeding against the debtor." *See* Letter Brief from Jameson R. Jones, Dkt. 43 (Oct. 12, 2023). The parties can ensure that the chapter 7 Trustee (Allison Byman) receives the order.

As to the Non-SDC Defendants-Appellants, they were not parties to the arbitration (though they were witnesses) and no longer have any basis for claiming a right to keep the information in Align's complaint sealed.

**Non-SDC Defendants-Appellants' Position:**

The Non-SDC Defendants-Appellants' position is that Align's voluntary dismissal of the Non-SDC Defendants changes nothing with regard to this appeal. The automatic bankruptcy stay remains in place. When that stay is lifted, Non-SDC Defendants-Appellants will continue to press the appeal, as the district court order subject to this appeal undermines their confidentiality rights under the applicable arbitration agreement and otherwise.

Align's recitation above is inaccurate and incomplete. With regard to the subpoena in the *Franchi* matter, Align omits key facts.

*First*, the plaintiffs in that matter agreed to treat any materials that Align produced as though they were produced with an Attorneys-Eyes-Only designation under the protective order in place in that case. They agreed as much in return for certain Non-SDC Defendants-Appellants' agreement not to move to quash their subpoena.

*Second*, insofar as Align suggests that the Trustee concluded that the documents at issue here are "not confidential," Non-SDC Defendants-Appellants respectfully assert that Align has mischaracterized the Trustee's position. Non-SDC Defendants-Appellants understand that

the Trustee needs to conserve resources and thus must determine which issues to press and which issues not to press. In that vein, she opted not to assert any confidentiality rights. She did not state that the information is "not confidential."

***Third***, and most importantly, the Trustee is not and was never in a position to choose whether to assert confidentiality rights over SDC's trade secrets and confidential business information.

The Debtors transferred their intellectual property—including trade secrets and confidential business information at issue in this appeal—to the SPV in 2022. The SPV was a wholly owned subsidiary of one of the Debtors. As part of a loan transaction with HPS, the Debtors pledged the SPV as collateral to HPS. When SDC and its affiliates filed for bankruptcy, HPS took possession of the SPV and licensed the intellectual property to the Debtors to use in operating the company. When SDC ceased operating in December 2023, HPS terminated that license and became the sole owner of the intellectual property, which Non-SDC Defendants-Appellants understand was still housed in SPV.

That chain of events shows that SDC's intellectual property, including its confidential business information, was never an asset of the

bankruptcy estate and was never within the Trustee's control. The Trustee's decision not to assert any confidentiality rights makes perfect sense, as the bankruptcy estate had no confidentiality right to assert in the first place.

And **fourth**, after Align's production in response to the *Franchi* subpoena, OTIP Holding, LLC—an entity owned by some of the Non-SDC Defendants-Appellants—purchased SDC's intellectual property from the SPV. That transaction closed on July 22, 2024—ten days after the email that Align cites above. As a consequence, the Non-SDC Defendants (through OTIP Holding, LLC) are now the party with standing to assert confidentiality rights related to intellectual property, including trade secrets and confidential business information, once held by SDC—the very information at issue in this appeal. To the extent necessary, OTIP Holding, LLC is prepared to intervene in this appeal to do so.

DATED: July 29, 2024

By: /s/ *Michael D. Meuti*

Krista M. Enns
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: (628) 600-2250
Facsimile: (628) 221-5828
kenns@beneschlaw.com

Michael Meuti
Benesch, Friedlander, Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, OH 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
mmeuti@beneschlaw.com

*Attorneys for Non-SDC Defendants-Appellants*


By: /s/ *Jameson R. Jones*

Jameson R. Jones
Bartlit Beck LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80249
jameson.jones@bartlitbeck.com

Adam M. Rapp (CA Bar # 280824)
Glynn, Finley, Mortl, Hanlon & Friedenberg, LLP
100 Pringle Ave, Suite 500
Walnut Creek, CA 94596
arapp@glynnfinley.com

*Attorneys for Plaintiff Appellee, Align Technology, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024 I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: July 29, 2024

/s/ *Jameson R. Jones*
Jameson R. Jones
BARTLIT BECK, LLP

Adam M. Rapp (CA Bar # 280824)
GLYNN, FINLEY, MORTL,
HANLON & FRIEDENBERG, LLP

*Attorneys for Plaintiff Appellee, Align Technology, Inc.*

# EXHIBIT 1

| **From:** | Power, Aaron J. |
| **To:** | Joe Doman; adb@bymanlaw.com; Wolfshohl, Joshua W. |
| **Cc:** | Reed Willis; Vannie Nguyen; Xternal User - Julie Coletti; Jameson Jones; Rebecca Weinstein Bacon; Noor Hasan |
| **Subject:** | RE: Subpoena to Align for SDC arbitration documents |
| **Date:** | Friday, July 12, 2024 1:16:46 PM |
| **Attachments:** | image001.png |

Caution: External Message

Joe:

The Trustee does not intend to seek protection or enforce confidentiality. I recommend you reach out to David Rammelt for a meet and confer as I understand he may file a motion to quash.

**Aaron J. Power** | Partner

**Porter Hedges LLP**

---

1000 Main St, 36th Floor | Houston, TX 77002

**t** 713.226.6631    **e** apower@porterhedges.com

**Bio** • **Web** • **V-Card**

---

**From:** Joe Doman <joe.doman@bartlitbeck.com>
**Sent:** Thursday, July 11, 2024 7:09 PM
**To:** Power, Aaron J. <APower@porterhedges.com>; adb@bymanlaw.com; Wolfshohl, Joshua W. <JWolfshohl@porterhedges.com>
**Cc:** Reed Willis <rwillis@aligntech.com>; Vannie Nguyen <vnguyen@aligntech.com>; Xternal User - Julie Coletti <jcoletti@aligntech.com>; Jameson Jones <jameson.jones@bartlitbeck.com>; Rebecca Weinstein Bacon <rweinstein.bacon@bartlitbeck.com>; Noor Hasan <Noor.Hasan@bartlitbeck.com>
**Subject:** Re: Subpoena to Align for SDC arbitration documents

Dear Madam Trustee,

As you may recall, Align Technology Inc. received the attached subpoena from plaintiffs in *Franchi v. SmileDirectClub, Inc. et al*, Case #3:19-cv-00962. Align's response to the subpoena from the *Franchi* plaintiffs is due on July 19, 2024.

There are three categories of documents subpoenaed:

1. All documents filed under seal in the case captioned *Align Tech., Inc. v. SmileDirectClub, LLC*, No. 23-cv-00023-EMC (N.D. Cal.).
   a. The responsive documents in connection with this request include the Complaint, Amended Complaint, motion to dismiss briefing, and the Final Arbitration Award in *SDC Financial, LLC and SmileDirectClub, LLC v. Align Technology, Inc.*, Case 01-20-0005-1541 (which has been

referred to as the "Swift Arbitration Final Award").

2. All documents filed under seal in the case captioned SmileDirectClub, LLC v. Align Tech., Inc., No. 22-cv-407802 (Cal. Super. Ct., Santa Clara Cnty.).

   a. The responsive documents in connection with this request include briefing on Align's petition to confirm the Final Arbitration Award in *Align Technology, Inc. v. SmileDirectClub, LLC*, Case 01-20-0014-6488, SDC's petition to vacate that same award, and the Final Arbitration Award in *Align Technology, Inc. v. SmileDirectClub, LLC*, Case 01-20-0014-6488 (which has been referred to as the "Supply Agreement Final Award")

3. All documents submitted in connection with the arbitration proceeding Align initiated against SDC on or about August 27, 2020 before the American Arbitration Association in San Jose, California.

   a. The responsive documents in connection with this request include the trial transcripts, admitted exhibits, briefs, and designated depositions in *Align Technology, Inc. v. SmileDirectClub, LLC*, Case 01-20-0014-6488.

As explained above, compliance with this subpoena would result in Align's production of the Final Arbitration Awards in two arbitrations between Align and SDC: (1) *Align Technology, Inc. v. SmileDirectClub, LLC*, Case 01-20-0014-6488 or the Supply Agreement Final Award; and (2) *SDC Financial, LLC and SmileDirectClub, LLC v. Align Technology, Inc.*, Case 01-20-0005-1541 or the Swift Arbitration Final Award. Compliance would also require production of certain arbitration pleadings and documents that SDC produced in *Align Technology, Inc. v. SmileDirectClub, LLC*, Case 01-20-0014-6488.

I have also attached the stipulated protective order in *Franchi v. SmileDirectClub, Inc. et al*, Case #3:19-cv-00962, which requires designations as to confidentiality for certain documents. At your convenience, can you please let us know whether and to what extent the Trustee is claiming confidentiality over the categories of subpoenaed documents that were produced by SDC? Also, is it the Trustee's position that the Swift Award and Supply Agreement Award are confidential?

If so, what designation should we plan to apply under the *Franchi* protective order? If you can please provide guidance as soon as possible so that Align can comply with the subpoena production date of July 19, Align would be greatly appreciative.

Finally, just today, Align received the attached identical subpoena in what I

understand to be a related state court action titled *In Re: SmileDirectClub, Inc. Securities Litigation* (Davidson Cnty. Tenn. Chancery Ct.), No. 19-1169-IV. We assume that the Trustee will also not seek a protective order and have no objection to Align producing documents responsive to the state court subpoena, but please confirm.


Sincerely,

Joe Doman

BartlitBeck LLP

Joseph W. Doman | p: 303.592.3107 | c: 248.561.3386 | Joe.Doman@BartlitBeck.com | 1801 Wewatta Street, 12th Floor, Denver, CO 80202

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Reed Willis <rwillis@aligntech.com>
**Date:** Monday, June 24, 2024 at 9:16 PM
**To:** Rebecca Weinstein Bacon <rweinstein.bacon@bartlitbeck.com>, Jameson Jones <jameson.jones@bartlitbeck.com>, Joe Doman <joe.doman@bartlitbeck.com>, Vannie Nguyen <vnguyen@aligntech.com>, Xternal User - Julie Coletti <jcoletti@aligntech.com>
**Subject:** Fwd: Subpoena to Align for SDC arbitration documents

Caution: **External Message**


Get Outlook for Android

---

**From:** Power, Aaron J. <APower@porterhedges.com>
**Sent:** Monday, June 24, 2024 11:09:48 PM
**To:** Reed Willis <rwillis@aligntech.com>; Allison Byman <adb@bymanlaw.com>; Wolfshohl, Joshua W. <JWolfshohl@porterhedges.com>
**Cc:** Vannie Nguyen <vnguyen@aligntech.com>; Julie Coletti <jcoletti@aligntech.com>
**Subject:** RE: Subpoena to Align for SDC arbitration documents

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

We will not seek a protective order and have no objection

**Aaron J. Power** | Partner
**Porter Hedges LLP**

1000 Main St, 36th Floor | Houston, TX 77002
**t** 713.226.6631     **e** apower@porterhedges.com
**Bio** • **Web** • **V-Card**

**From:** Reed Willis <rwillis@aligntech.com>
**Sent:** Monday, June 24, 2024 10:16 AM
**To:** Allison Byman <adb@bymanlaw.com>; Power, Aaron J. <APower@porterhedges.com>; Wolfshohl, Joshua W. <JWolfshohl@porterhedges.com>
**Cc:** Vannie Nguyen <vnguyen@aligntech.com>; Julie Coletti <jcoletti@aligntech.com>
**Subject:** Subpoena to Align for SDC arbitration documents

Dear Allison, Aaron, and Josh,

Align Technology Inc. has received the attached subpoena from the plaintiffs in *Franchi v. SmileDirectClub, Inc.* et al, Case #3:19-cv-00962 (the securities class action pending in Tennessee). Align has received an extension to respond to the subpoena by July 19.

Compliance with this subpoena would result in Align's production of the Final Arbitration Awards in two arbitrations between Align and SDC: (1) *Align Technology, Inc. v. SmileDirectClub, LLC*, AAA Case 01-20-0014-6488 (the "Supply Arbitration"); and (2) *SDC Financial, LLC and SmileDirectClub, LLC v. Align Technology, Inc.*, AAA Case 01-20-0005-1541 (the "Swift Arbitration"). Compliance would also require production of certain arbitration pleadings and documents that SDC produced in the Supply Arbitration.

Pursuant to Section 23 of the Protective Orders entered in each of those arbitrations (see attached), Align hereby provides written notice of the subpoena. Please let Align know if the Trustee intends to seek a protective order or other relief precluding disclosure in *Franchi v. SmileDirectClub, Inc.* The plaintiffs have requested a meet-and-confer regarding the subpoena and Align will notify the Franchi plaintiffs of its obligations under the Protective Orders and that Align has notified the Trustee. If you will not seek a protective order or other relief and have no objection to Align producing the documents, Align will produce the documents subject to the protective order entered in the *Franchi* case.

Lastly, the Katzmans' attorneys have reached out to Align about the subpoena, but we are waiting to get back to them until we have communicated with you.

Happy to jump on a call to discuss if you'd like.

Best,

Reed Willis



**Reed Willis**
Sr. Lead Counsel, Litigation

Align Technology, Inc.
410 North Scottsdale Road, Suite 1300
Tempe, AZ  85288

**Invisalign** | **iTero**

This message and any attachments may contain information that is confidential, proprietary, and private and may be legally protected from disclosure. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete this message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

# EXHIBIT 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| In re: | ) | Chapter 7 (Previously Chapter 11) |
| | ) | |
| SMILEDIRECTCLUB, INC., *et al.* | ) | Case No. 23-90786 (CML) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: TBD (if objections are timely filed)** |
| | ) | **Objection Deadline: May 20, 2024** |

## ORDER (A) AUTHORIZING THE TRUSTEE
## TO ENTER INTO A STIPULATION, (B) MODIFYING THE AUTOMATIC
## STAY TO THE EXTENT APPLICABLE, AND (C) GRANTING RELATED RELIEF

Upon the Trustee's motion (the "Motion")[2] for entry of an order authorizing the Trustee to enter into and perform under the Stipulation, as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the notice of the Motion and the opportunity for a hearing

---

[1]     A complete list of each of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' solicitation agent at https://restructuring.ra.kroll.com/SmileDirectClub. The location of the Debtor SmileDirectClub, Inc.'s principal place of business and the Debtors' service address in these chapter 7 cases is 414 Union Street, 8th Floor, Nashville, Tennessee, 37219.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

on the Motion were appropriate and no further notice need be provided; and after due deliberation

thereon; and this Court having reviewed the Motion and having heard the statements in support of

the relief requested therein at a hearing before this Court, if any; and this Court having determined

that the legal and factual bases set forth in the Motion and at the hearing, if any, establish just cause

for the relief granted herein; and upon all of the proceedings had before this Court; and after due

deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      All objections to the entry of this Order, to the extent not withdrawn or
settled, are overruled.

3.      The Trustee is authorized to enter into and perform under the Stipulation,
and to take such actions as may be necessary or appropriate to ensure that possession and/or control
of the Contributed Assets are assigned and/or transferred to the SPV, whether or not such actions
are expressly described in the Stipulation.

4.      The failure to specifically include or reference any particular term or
provision of the Stipulation in this Order shall not diminish or impair the effectiveness of such
term or provision.

5.      The Parties are authorized to execute, deliver, implement, and fully perform
any and all obligations, instruments, documents, and papers and to take any and all actions
reasonably necessary or appropriate to consummate and fully execute the Stipulation and
effectuate its terms.

6.      To the extent applicable, the automatic stay under section 362 of the
Bankruptcy Code is hereby lifted to the extent necessary for the Parties to take any and all actions
reasonably necessary or appropriate to effectuate the terms of the Stipulation.

7.      Adequate notice of, and an opportunity for a hearing on, the Motion has been provided, and such notice satisfies the requirements of Bankruptcy Rule 6004(a).

8.      Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.  The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Date:_____          _____
                                                                      United States Bankruptcy Judge

Entry requested by:


*/s/ Randy W. Williams*
Randy W. Williams (Bar No. 21566850)
**BYMAN & ASSOCIATES PLLC**
7924 Broadway, Suite 104
Pearland TX 77581
Tel: (281) 884-9262
Email: rww@bymanlaw.com

***Counsel for Allison D. Byman, Chapter 7 Trustee***

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| | ) | |
| In re: | ) | Chapter 7 (Previously Chapter 11) |
| | ) | |
| SMILEDIRECTCLUB, INC., *et al.* | ) | Case No. 23-90786 (CML) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**STIPULATION BETWEEN HPS INVESTMENT PARTNERS, LLC, SDC U.S.
SMILEPAY SPV AND CHAPTER 7 TRUSTEE REGARDING CERTAIN
CONTRIBUTED ASSETS IN THE POSSESSION OF THE DEBTORS' ESTATES**

This stipulation (this "<u>Stipulation</u>") is entered into by and between HPS Investment Partners, LLC ("<u>HPS</u>"), non-debtor SDC U.S. SmilePay SPV (the "<u>SPV</u>"), and the chapter 7 trustee (the "<u>Trustee</u>" and, together with HPS and the SPV, the "<u>Parties</u>") of the estates of the above-captioned debtors (the "<u>Debtors</u>").

**WHEREAS**, HPS is administrative agent and collateral agent under that certain Loan Agreement, dated as of April 27, 2022 (as amended, restated, supplemented or otherwise modified from time to time, the "<u>Loan Agreement</u>"), by and among the SPV, as borrower, Debtor SmileDirectClub, LLC ("<u>SDC</u>"), as seller and servicer, and the lenders party thereto from time to time (together with HPS, the "<u>Secured Parties</u>");

**WHEREAS**, pursuant to (i) that certain Purchase and Sale Agreement, dated as of May 12, 2020, by and between Debtor SDC and the SPV (the "<u>2020 PSA</u>") and (ii) that certain Purchase and Sale Agreement, dated as of April 27, 2022, by and between Debtor SDC and the SPV (the

---

[1]   A complete list of each of the Debtors in these chapter 7 cases may be obtained on the website of the Debtors' solicitation agent at https://restructuring.ra.kroll.com/SmileDirectClub. The location of the Debtor SmileDirectClub, Inc.'s principal place of business and the Debtors' service address in these chapter 7 cases is 414 Union Street, 8th Floor, Nashville, Tennessee, 37219.

1

"PSA"), the SPV acquired Debtor SDC's assets that comprise the "Subject Property" and "IP Assets", each as and to the extent defined in the PSA.  For purposes of this Stipulation, the "Intellectual Property Assets" shall mean the IP Assets, and the "Contributed Assets" shall mean the Subject Property together with the IP Assets.;

       **WHEREAS**, to secure its obligations to the Secured Parties under the Loan Agreement, the SPV pledged all of the Contributed Assets as collateral under that certain Security Agreement dated as of April 27, 2022, by and between the SPV and HPS;

       **WHEREAS**, on September 29, 2023, the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court");

       **WHEREAS**, on January 26, 2024, the Debtors' chapter 11 cases were converted to cases under chapter 7 of the Bankruptcy Code and the Trustee was appointed the trustee of the Debtors' estates;

       **WHEREAS**, certain of the Contributed Assets are currently in the possession, and/or under the control, of the Debtors' estates and the Trustee;

       **WHEREAS**, the Parties have agreed to cooperate with respect to transferring control of the Contributed Assets that are currently in the possession, and/or under the control, of the Debtors' estate in accordance with the terms set forth herein;

       **NOW, THEREFORE**, the Parties hereby stipulate, through their undersigned representatives, as follows:

1.      The above recitals are true and correct and are incorporated herein by reference.

2.      The Trustee agrees that it shall, on behalf of the Debtors' estates, take such actions as may be reasonably requested by HPS/SPV (at HPS/SPV's sole cost and expense, and subject to HPS/SPV making the payments set forth in paragraph 5 below) to facilitate the transfer and/or assignment of control of any Contributed Assets in the estates' possession by taking the following actions:

a.      Executing and delivering to the SPV appropriate confirmatory or other assignments for recordation in the SPV's name of the patents identified on Schedule 1 attached hereto as "SPV Patents"; *provided*, that SPV and/or HPS shall have substantially contemporaneously executed and delivered appropriate assignments for recordation in SDC's name of the patents identified on Schedule 1 as "SDC Patents";

b.      Reasonably cooperate with HPS/SPV to deliver to SPV (i) login and password information for the domain registrations listed on Schedule 2 attached hereto (the "Domain Registrations"), (ii) account and/or customer ID numbers associated with the Domain Registrations, (iii) any multi-factor authentication information (*e.g.*, PIN numbers, security questions/answers, trusted phone numbers, and recovery emails/phone numbers) in respect of the Domain Registrations, and (iv) information sufficient to identify the individuals with control over the email accounts associated with the related registrar accounts; ***provided*** that SPV and its consultant will reasonably cooperate with SDC to minimize disruption to business processes resulting from the transfer of those Domain Registrations to SPV; ***provided, further***, that for 45 days after the execution of this stipulation, SPV shall not make any changes to the administrative settings, configurations, or the like in respect of the Domain Registrations.

c.      Identifying all social media accounts that were previously owned by the Debtor SDC and used in the United States, Canada, United Kingdom, the European Union, and/or Hong Kong (the "SPV Social Media Accounts"), and, for each such SPV Social Media Account, providing (i) login and password information; (ii) multi-factor authentication information (*e.g.*, PIN numbers, security questions/answers, trusted phone numbers, recovery emails/phone numbers), and (iii) information sufficient to identify the individuals with control over such account;

d.      Using commercially reasonable efforts to transfer or provide appropriate access to the assets identified on Schedule 3 as "Included", but not, for the avoidance of doubt, any assets identified on Schedule 3 as "Excluded"; and

e. Conducting a reconciliation of amounts collected on account of Internally-Serviced Receivables (as defined in the PSA) and, subject to the mutually acceptable resolution of such reconciliation, transferring to SPV all such remaining collections or offsetting such collections against amounts owed by HPS/SPV under paragraph 4 hereof.

3. The Trustee further agrees to cooperate with any additional reasonable requests from the SPV and/or HPS to give effect to the transfer of the Contributed Assets as contemplated hereunder, provided that such cooperation shall be at the sole cost and expense of the SPV and/or HPS.

4. HPS shall provide periodic reporting, no less frequently than monthly, to the Trustee in respect of (a) the current balance under the Loan Agreement, (b) ongoing efforts to collect accounts receivable and otherwise monetize the Contributed Assets, and (c) any other topic related to the SPV, the 2020 PSA, the PSA, or Loan Agreement reasonably requested by the Trustee. HPS shall comply with any reasonable requests from the Trustee on account of such reporting, including, without limitation, providing a reasonably detailed calculation that shows the computation of such loan balance and the relevant documentation that validates same.

5. The SPV and HPS agree that (a) the reasonable and documented out-of-pocket costs and expenses associated with the Debtors' estates' performance under this Stipulation shall first be reimbursed from and netted against collections on receivables owned by the SPV that are currently in the possession of the Debtors' estates (in the approximate amount of $58,000) (the "SPV Receivables Collections"); *provided*, that the Debtors' estates shall provide written notice to the SPV and HPS setting forth the costs and expenses so reimbursed and netted against the SPV Receivables Collections reasonably promptly after such reimbursement and netting; and (b) to the extent that the reasonable and documented out-of-pocket costs and expenses associated with the Debtors' estates' performance under this Stipulation exceed the SPV Receivables Collections,

SPV and/or HPS shall otherwise reimburse or advance, within five (5) business days of receiving a written demand for such reimbursement or advancement from the Debtors' estates, any such reasonable and documented out-of-pocket costs and expenses attendant to performance under this Stipulation in excess of the SPV Receivables Collections. Notwithstanding anything to the contrary herein, the Trustee shall have no obligation to undertake any act or omission pursuant to this Stipulation (x) unless the SPV and/or HPS has timely funded the amounts contemplated under this paragraph (including by permitting the netting of such amounts against SPV Receivables Collections) or (y) in the event HPS does not comply with its reporting obligations under paragraph 4 hereof.

6. This Stipulation is subject to the approval of the Bankruptcy Court and shall be effective and enforceable for all purposes immediately upon entry of an order by the Bankruptcy Court approving the Stipulation. The Parties further acknowledge and agree that if this Stipulation is not approved in the form executed by the Parties: (a) the arrangement contemplated herein shall be null and void and of no effect; (b) nothing contained in this Stipulation shall be deemed an admission of liability or culpability on behalf of any Party; and (c) this Stipulation shall not be construed to support the validity of any claim, defense, or contention made or asserted by or against any Party.

7. Each of the Parties understands and agrees that this Stipulation shall not be construed as, in any way, an admission of liability, fault, violation, responsibility, or wrongdoing by any of the Parties hereto.

8. The Parties are authorized to take all actions necessary to effectuate the relief set forth in this Stipulation. Furthermore, the signatories for the Parties each certify that he or she is authorized to enter into the terms and conditions of this Stipulation, and to execute and bind such

party to this Stipulation.  The Bankruptcy Court shall have exclusive jurisdiction to resolve any and all disputes arising from or related to this Stipulation.  Each of the Parties irrevocably consents to the jurisdiction of the Bankruptcy Court and agrees that venue is proper in the Bankruptcy Court with respect to any and all issues pertaining to, or arising from, this Stipulation.

9.      The Parties each represent to the other that they have taken all actions necessary and have full authority to enter into this Stipulation.

10.     This Stipulation constitutes the entire agreement between the Parties and supersedes all prior agreements and understandings, both written and oral, between the Parties with respect to the matters addressed herein; *provided*, *however*, that nothing contained herein shall be construed to enlarge, impair, or otherwise modify the rights and obligations arising under the PSA.

11.     This Stipulation shall be binding on and inure to the benefit of the Parties and their respective heirs, executors, administrators, successors, and permitted assigns.

12.     This Stipulation has been drafted through a cooperative effort of the Parties, and no Party shall be considered the drafter of this Stipulation so as to give rise to any presumption or convention regarding construction of this Stipulation.

13.     This Stipulation may be executed in counterparts, any of which may be transmitted by facsimile or electronic mail, and each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

*[Remainder of this page intentionally left blank]*

Dated: April 29, 2024

*/s/ Andrew D. Sorkin*
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No.
24088700)
**PORTER HEDGES LLP**
1000 Main St., 36th Floor
Houston, Texas 77002
Tel: 713-226-6000
Email: jhiggins@porterhedges.com
        sjohnson@porterhedges.com
        myoung-john@porterhedges.com

– and –

David Hammerman (*admitted pro hac vice*)
Randall Weber-Levine (*admitted pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Tel: 212-906-1200
Email : David.Hammerman@lw.com ;
        Randall.Weber-Levine@lw.com

– and –

Andrew D. Sorkin (*admitted pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: 202-637-2200
Email: Andrew.Sorkin@lw.com

– and –

Amy Christine Quartarolo (*admitted pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Tel: 213-485-1234
Email: Amy.Quartarolo@lw.com

***Counsel to HPS Investment Partners, LLC***

*/s/ Allison D. Byman*
Allison D. Byman, Chapter 7 Trustee
**BYMAN & ASSOCIATES PLLC**
7924 Broadway, Suite 104
Pearland, TX 77581
adb@bymanlaw.com

**Schedule 1 – Patents**

**SPV Patents**

| Country Code | Document No. | Title | Current Listed Assignee | Actual Owner | Document Status |
|---|---|---|---|---|---|
| US | US10861599 | Arrangements for intraoral scanning | SMILEDIRECTCLUB LLC | SDC US SMILEPAY SPV | ACTIVE |
| US | US11094414 | Arrangements for intraoral scanning | SMILEDIRECTCLUB LLC | SDC US SMILEPAY SPV | ACTIVE |
| EP | EP3979945 | SYSTEMS AND METHODS FOR ANALYZING DENTAL IMPRESSIONS | SMILEDIRECTCLUB LLC; SDC U S SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| EP | EP4066169 | SYSTEMS AND METHODS FOR CONSTRUCTING A THREE-DIMENSIONAL MODEL FROM TWO-DIMENSIONAL IMAGES | SMILEDIRECTCLUB LLC; SDC U S SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| CA | CA3039829 | DENTAL IMPRESSION KIT AND METHODS THEREFOR | SMILEDIRECTCLUB LLC | SDC US SMILEPAY SPV | ACTIVE |
| EP | EP3781075 | ARRANGEMENTS FOR INTRAORAL SCANNING | SMILEDIRECTCLUB LLC | SDC US SMILEPAY SPV | ACTIVE |
| EP | EP3965636 | SCANNING DEVICE | SMILEDIRECTCLUB LLC | SDC US SMILEPAY SPV | ACTIVE |
| EP | EP3984007 | CASE FOR DENTAL APPLIANCES | SMILEDIRECTCLUB LLC | SDC US SMILEPAY SPV | ACTIVE |
| GB | GB2587969 | Arrangements for intraoral scanning | SMILEDIRECTCLUB LLC | SDC US SMILEPAY SPV | ACTIVE |
| GB | GB2601016 | Arrangements for intraoral scanning | SMILEDIRECTCLUB LLC | SDC US SMILEPAY SPV | ACTIVE |
| US | US10916053 | Systems and methods for constructing a three-dimensional model from two-dimensional images | SMILEDIRECTCLUB LLC | SDC US SMILEPAY SPV | ACTIVE |
| US | US11253409 | Systems and methods for mobile dentition scanning | SMILEDIRECTCLUB LLC | SDC US SMILEPAY SPV | ACTIVE |
| US | US11630956 | Extracting data from documents using multiple deep learning models | SMILEDIRECTCLUB LLC | SDC US SMILEPAY SPV | ACTIVE |
| US | US11633260 | Positioning individual three-dimensional model teeth based on two-dimensional images | SMILEDIRECTCLUB LLC | SDC US SMILEPAY SPV | ACTIVE |
| US | US11771527 | Limited wear aligner and treatment methods | SMILEDIRECTCLUB LLC | SDC US SMILEPAY SPV | ACTIVE |
| US | US11897205 | Laser-based support structure removal | SMILEDIRECTCLUB LLC | SDC US SMILEPAY SPV | ACTIVE |
| US | US11900538 | Systems and methods for constructing a dental arch image using a machine learning model | SMILEDIRECTCLUB LLC | SDC US SMILEPAY SPV | ACTIVE |

| US | US20210158614 | SYSTEMS AND METHODS FOR CONSTRUCTING A THREE-DIMENSIONAL MODEL FROM TWO-DIMENSIONAL IMAGES | SMILEDIRECTCLUB LLC | SDC US SMILEPAY SPV | ACTIVE |
|----|---------------|---------------------------------------------------------------------------------------------|----------------------|---------------------|--------|
| US | US20220280266 | DISTRIBUTED SYSTEM FOR FABRICATING DENTAL ALIGNERS | SMILEDIRECTCLUB LLC | SDC US SMILEPAY SPV | ACTIVE |
| US | US20230277278 | SYSTEMS AND METHODS FOR GENERATING TOOTH REPRESENTATIONS | SMILEDIRECTCLUB LLC | SDC US SMILEPAY SPV | ACTIVE |
| US | US20230363857 | SYSTEMS AND METHODS FOR GENERATING AN INTERACTIVE VISUALIZATION OF A TREATMENT PLAN | SMILEDIRECTCLUB LLC | SDC US SMILEPAY SPV | ACTIVE |
| US | US20230390025 | POSITIONING INDIVIDUAL THREE-DIMENSIONAL MODEL TEETH BASED ON TWO-DIMENSIONAL IMAGES | SMILEDIRECTCLUB LLC | SDC US SMILEPAY SPV | ACTIVE |
| US | US20240024083 | REMOTE SKELETAL MODELING | SMILEDIRECTCLUB LLC | SDC US SMILEPAY SPV | ACTIVE |
| US | US20240041563 | TOOTH MOVEMENT CONTROL BASED ON SURFACE ENGAGEMENT | SMILEDIRECTCLUB LLC | SDC US SMILEPAY SPV | ACTIVE |
| CA | CA3147230 | HYGIENIC BRUSH | SDC U S SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| CA | CA3159495 | SYSTEMS AND METHODS FOR CONSTRUCTING A THREE-DIMENSIONAL MODEL FROM TWO-DIMENSIONAL IMAGES | SDC U S SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| CA | CA3210830 | ARRANGEMENTS FOR INTRAORAL SCANNING | SDC U S SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| CA | CA3228730 | MACHINE LEARNING ARCHITECTURE FOR IMAGING PROTOCOL DETECTOR | SDC U S SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11894131 | Arrangements for intraoral scanning | SDC US SMILEPA Y SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US10109114 | Technologies for merging three-dimensional models of dental impressions | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US10315353 | Systems and methods for thermoforming dental aligners | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US10410435 | Technologies for merging three-dimensional models of dental impressions | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US10466676 | Systems and methods for shearing adjustment of a dental aligner cutting tool | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US10468133 | Arrangements for intraoral scanning | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |

| US | US10482192 | Systems and methods for selecting and marking a location on a dental aligner | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
|---|---|---|---|---|---|
| US | US10624722 | Systems and methods for laser trimming dental aligners | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US10636522 | Arrangements for intraoral scanning | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US10660734 | Dental aligner packaging | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US10687916 | Systems and methods for intraoral device quality control | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US10688710 | Systems and methods for thermoforming dental aligners | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US10692598 | Arrangements for intraoral scanning | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US10716652 | Mouthpiece for teeth whitening | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US10772714 | Case for dental appliances | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US10786339 | Hygienic brush | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US10849723 | Scanning device | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US10861250 | Technologies for merging three-dimensional models of dental impressions | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US10925691 | Systems and methods for trimming dental aligners | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US10959817 | Dental model holding system | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US10964121 | Technologies for merging three-dimensional models of dental impressions | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US10978201 | Arrangements for intraoral scanning | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US10986917 | Multifunctional dental appliance and toothbrush cleaner | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11007042 | Systems and methods for marking models for dental aligner fabrication | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11030801 | Three-dimensional modeling toolkit | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11083411 | Systems and methods for user monitoring | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11083551 | Scanning device | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11141254 | Mouthpiece for teeth whitening | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11246687 | Dental impression retake kit and methods therefor | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11257349 | Case for dental appliances | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11270523 | Systems and methods for constructing a three-dimensional model from two-dimensional images | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |

| US | US11273009 | Systems and methods for trimming dental aligners | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
|----|------------|--------------------------------------------------|---------------------|---------------------|--------|
| US | US11288410 | Systems and methods for selecting and marking a location on a dental aligner | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11309077 | Distributed processing of scan data for fabricating dental aligners | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11328814 | Arrangements for intraoral scanning | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11337778 | Distributed system for fabricating dental aligners | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11358323 | Systems and methods for thermoforming dental aligners | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11382718 | Arrangements for remote orthodontic treatment | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11382728 | Floss dispenser | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11403813 | Systems and methods for constructing a three-dimensional model from two-dimensional images | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11423697 | Machine learning architecture for imaging protocol detector | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11429080 | Systems and methods for shearing adjustment of a dental aligner cutting tool | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11446118 | Systems and methods for intraoral device quality control | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11564784 | Systems for laser trimming dental aligners | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11663852 | Machine learning architecture for imaging protocol detector | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11694418 | Systems and methods for constructing a three-dimensional model from two-dimensional images | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11783539 | Three-dimensional modeling toolkit | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11801120 | Systems and methods for trimming dental aligners | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11850113 | Systems and methods for constructing a three-dimensional model from two-dimensional images | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11883251 | Dental model holding system | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US11908572 | Arrangements for intraoral scanning | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US20180368941 | DENTAL IMPRESSION KIT AND METHODS THEREFOR | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |

| US | US20190247159 | DENTAL IMPRESSION KIT AND METHODS THEREFOR | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
|---|---|---|---|---|---|
| US | US20200383758 | SYSTEMS AND METHODS FOR ANALYZING DENTAL IMPRESSIONS | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US20210007835 | HYGIENIC BRUSH | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US20210174585 | THREE-DIMENSIONAL MODELING TOOLKIT | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US20210235861 | MULTIFUNCTIONAL DENTAL APPLIANCE AND TOOTHBRUSH CLEANER | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US20210267717 | DENTAL IMPRESSION KIT AND METHODS THEREFOR | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US20210361226 | SYSTEMS AND METHODS FOR USER MONITORING | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US20210361396 | SCANNING DEVICE | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US20220023658 | MOUTHPIECE FOR TEETH WHITENING | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US20220160475 | DENTAL IMPRESSION RETAKE KIT AND METHODS THEREFOR | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US20220262503 | ARRANGEMENTS FOR INTRAORAL SCANNING | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US20220313402 | SCANNING DEVICE | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US20230053026 | SYSTEMS AND METHODS FOR PROVIDING DISPLAYED FEEDBACK WHEN USING A REAR-FACING CAMERA | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US20230145042 | SYSTEMS AND METHODS FOR GENERATING AND DISPLAYING AN IMPLEMENTABLE TREATMENT PLAN BASED ON 2D INPUT IMAGES | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US20230145278 | DATA EVALUATION AND ESTIMATION DISPLAY SYSTEM | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US20230149126 | SYSTEMS AND METHODS FOR AUTOMATED 3D TEETH POSITIONS LEARNED FROM 3D TEETH GEOMETRIES | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US20230149127 | SYSTEMS AND METHODS FOR GENERATING AN INTERACTIVE VISUALIZATION OF A TREATMENT PLAN | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US20230154624 | SYSTEMS AND METHODS FOR GENERATING AN INTERACTIVE VISUALIZATION OF A TREATMENT PLAN | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US20230281943 | SYSTEMS AND METHODS FOR CONSTRUCTING A THREE- | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |

| | | | | | |
|---|---|---|---|---|---|
| | | DIMENSIONAL MODEL FROM TWO-DIMENSIONAL IMAGES | | | |
| US | US20230326242 | Machine Learning Architecture for Imaging Protocol Detector | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US20230386045 | SYSTEMS AND METHODS FOR AUTOMATED TEETH TRACKING | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US20240037847 | THREE-DIMENSIONAL MODELING TOOLKIT | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | US20240058100 | SYSTEMS AND METHODS FOR TRIMMING DENTAL ALIGNERS | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | USD1013388 | Toothbrush | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |
| US | USD928508 | Aligner case | SDC US SMILEPAY SPV | SDC US SMILEPAY SPV | ACTIVE |

### SDC Patents

| Country Code | Document No. | Title | Current Listed Assignee | Actual Owner | Document Status |
|---|---|---|---|---|---|
| AU | AU2020289531 | Systems and methods for analyzing dental impressions | SDC U S SMILEPAY SPV; SMILEDIRECTCLUB LLC | SDC U S SMILEPAY SPV; SMILEDIRECTCLUB LLC | ACTIVE |
| AU | AU2020391247 | Systems and methods for constructing a three-dimensional model from two-dimensional images | SMILEDIRECTCLUB LLC; SDC U S SMILEPAY SPV | SMILEDIRECTCLUB LLC; SDC U S SMILEPAY SPV | ACTIVE |
| IN | IN202147055616 | SCANNING DEVICE | SDC US SMILEPAY SPV; SMILEDIRECTCLUB LLC | SDC U.S. SMILEPAY SPV; SMILEDIRECTCLUB LLC | ACTIVE |

## Schedule 2

### Domain Names

| Included Domain Names | | |
|---|---|---|
| **Domain** | **Registrar** | **Expiration Date** |
| accessdentalabs.com | AWS | June 20, 2024, 08:44 (UTC:-05:00) |
| accessdentallab.ca | AWS | August 24, 2024, 09:50 (UTC:-05:00) |
| accessdentallab.com | AWS | July 10, 2024, 10:34 (UTC:-05:00) |
| accessdentallabs.com | AWS | June 20, 2024, 08:44 (UTC:-05:00) |
| adl.systems | AWS | November 21, 2024, 13:22 (UTC:-06:00) |
| aligners.today | AWS | August 05, 2024, 14:14 (UTC:-05:00) |
| americanteledentistry.net | AWS | July 10, 2024, 10:45 (UTC:-05:00) |
| briteon.biz | AWS | June 14, 2024, 18:59 (UTC:-05:00) |
| briteon.info | AWS | June 15, 2024, 12:36 (UTC:-05:00) |
| briteon.net | AWS | June 15, 2024, 12:36 (UTC:-05:00) |
| briteon.org | AWS | June 15, 2024, 12:36 (UTC:-05:00) |
| doctordirectsdc.com | AWS | August 12, 2024, 17:04 (UTC:-05:00) |
| doctordirectsmiledirectclub.com | AWS | August 12, 2024, 17:04 (UTC:-05:00) |
| doctornetworksdc.com | AWS | August 12, 2024, 17:03 (UTC:-05:00) |
| doctornetworksmiledirectclub.com | AWS | August 12, 2024, 16:55 (UTC:-05:00) |
| grinsquad.com | AWS | October 19, 2024, 10:01 (UTC:-05:00) |
| loveyoursmiles.org | AWS | February 01, 2025, 14:23 (UTC:-06:00) |
| love-your-smiles.org | AWS | February 01, 2025, 14:23 (UTC:-06:00) |
| officedirectsdc.com | AWS | August 12, 2024, 16:55 (UTC:-05:00) |
| officedirectsmiledirectclub.com | AWS | August 12, 2024, 16:55 (UTC:-05:00) |
| officenetworksdc.com | AWS | August 12, 2024, 17:06 (UTC:-05:00) |
| officenetworksmiledirectclub.com | AWS | August 12, 2024, 16:55 (UTC:-05:00) |
| olabservices.com | AWS | April 27, 2024, 13:36 (UTC:-05:00) |
| partnerdirectsdc.com | AWS | August 12, 2024, 17:05 (UTC:-05:00) |
| partnerdirectsmiledirectclub.com | AWS | August 12, 2024, 17:05 (UTC:-05:00) |
| partnernetworksdc.com | AWS | August 12, 2024, 16:55 (UTC:-05:00) |
| partnernetworksmiledirectclub.com | AWS | August 12, 2024, 16:54 (UTC:-05:00) |
| sdc.technology | AWS | January 31, 2025, 11:28 (UTC:-06:00) |
| sdcadvantage.com | AWS | December 03, 2024, 16:21 (UTC:-06:00) |
| sdcapps.com | AWS | October 29, 2024, 14:55 (UTC:-05:00) |
| sdcconfirm.co | AWS | May 22, 2024, 18:21 (UTC:-05:00) |
| sdcdoctordirect.com | AWS | August 12, 2024, 16:55 (UTC:-05:00) |
| sdcdoctornetwork.com | AWS | August 12, 2024, 17:03 (UTC:-05:00) |
| sdcftsasettlement.com | AWS | January 04, 2026, 08:34 (UTC:-06:00) |
| sdcitcpasettlement.com | AWS | February 03, 2025, 19:05 (UTC:-06:00) |
| sdc-labs.com | AWS | October 05, 2024, 11:03 (UTC:-05:00) |

| | | |
|---|---|---|
| sdcofficedirect.com | AWS | August 12, 2024, 16:55 (UTC:-05:00) |
| sdcofficenetwork.com | AWS | August 12, 2024, 17:05 (UTC:-05:00) |
| sdcpartnerdirect.com | AWS | August 12, 2024, 17:04 (UTC:-05:00) |
| sdcpartnernetwork.com | AWS | August 12, 2024, 16:19 (UTC:-05:00) |
| sdcpn.com | AWS | August 12, 2024, 16:52 (UTC:-05:00) |
| sdcresched.co | AWS | May 22, 2024, 18:25 (UTC:-05:00) |
| sdcstatics.com | AWS | February 03, 2025, 10:39 (UTC:-06:00) |
| sdcworldsmileweek.com | AWS | June 25, 2024, 09:27 (UTC:-05:00) |
| sdcworldsmileweek.org | AWS | June 25, 2024, 09:27 (UTC:-05:00) |
| sdcwsw.com | AWS | June 25, 2024, 09:27 (UTC:-05:00) |
| sdcwsw.org | AWS | June 25, 2024, 09:27 (UTC:-05:00) |
| shopdirectclub.com | AWS | September 30, 2027, 23:21 (UTC:-05:00) |
| smile439.com | AWS | September 02, 2024, 17:29 (UTC:-05:00) |
| smile449.com | AWS | September 02, 2024, 17:29 (UTC:-05:00) |
| smile459.com | AWS | September 02, 2024, 17:29 (UTC:-05:00) |
| smile499.com | AWS | September 02, 2024, 17:29 (UTC:-05:00) |
| smileclinical.com | AWS | January 24, 2025, 12:00 (UTC:-06:00) |
| smileclub.be | AWS | March 04, 2024, 12:03 (UTC:-06:00) |
| smileco.cloud | AWS | December 14, 2024, 11:48 (UTC:-06:00) |
| smileco.co | AWS | December 14, 2024, 11:48 (UTC:-06:00) |
| smileco.io | AWS | December 14, 2024, 11:48 (UTC:-06:00) |
| smileco.me | AWS | December 14, 2024, 11:48 (UTC:-06:00) |
| smileco.org | AWS | December 14, 2024, 11:47 (UTC:-06:00) |
| smileco.systems | AWS | June 14, 2024, 11:46 (UTC:-05:00) |
| smilecolab.com | AWS | June 04, 2024, 15:29 (UTC:-05:00) |
| smilecolabs.com | AWS | June 04, 2024, 15:29 (UTC:-05:00) |
| smilecotech.com | AWS | June 04, 2024, 15:29 (UTC:-05:00) |
| smilecotest.com | AWS | April 27, 2024, 10:04 (UTC:-05:00) |
| smilecotestlab.com | AWS | February 26, 2025, 10:05 (UTC:-06:00) |
| smiledirect.co | AWS | April 12, 2024, 18:59 (UTC:-05:00) |
| smiledirect.news | AWS | August 13, 2024, 12:11 (UTC:-05:00) |
| smiledirect.services | AWS | November 14, 2024, 15:38 (UTC:-06:00) |
| smiledirectclub.biz | AWS | October 26, 2024, 18:59 (UTC:-05:00) |
| smiledirectclub.co | AWS | October 26, 2024, 18:59 (UTC:-05:00) |
| smiledirectclub.com | AWS | February 01, 2027, 18:06 (UTC:-06:00) |
| smile-direct-club.com | AWS | December 12, 2024, 14:07 (UTC:-06:00) |
| smiledirectclub.de | AWS | December 13, 2024, 12:01 (UTC:-06:00) |
| smiledirectclub.es | AWS | September 26, 2024, 14:38 (UTC:-05:00) |
| smiledirectclub.foundation | AWS | January 09, 2025, 11:26 (UTC:-06:00) |
| smiledirectclub.info | AWS | February 01, 2025, 18:05 (UTC:-06:00) |
| smiledirectclub.io | AWS | July 02, 2024, 16:57 (UTC:-05:00) |

| | | |
|---|---|---|
| smiledirectclub.mobi | AWS | April 03, 2024, 11:21 (UTC:-05:00) |
| smiledirectclub.net | AWS | February 01, 2025, 18:06 (UTC:-06:00) |
| smiledirectclub.news | AWS | August 13, 2024, 12:11 (UTC:-05:00) |
| smiledirectclub.org | AWS | February 01, 2025, 18:05 (UTC:-06:00) |
| smiledirectclub.sucks | AWS | December 11, 2024, 09:42 (UTC:-06:00) |
| smiledirectclub.xyz | AWS | October 27, 2024, 18:59 (UTC:-05:00) |
| smiledirectclubapis.com | AWS | May 21, 2024, 08:57 (UTC:-05:00) |
| smiledirectclubdoctordirect.com | AWS | August 12, 2024, 17:03 (UTC:-05:00) |
| smiledirectclubdoctornetwork.com | AWS | August 12, 2024, 17:02 (UTC:-05:00) |
| smiledirectclubfoundation.org | AWS | January 09, 2025, 11:26 (UTC:-06:00) |
| smiledirectclubofficedirect.com | AWS | August 12, 2024, 16:55 (UTC:-05:00) |
| smiledirectclubofficenetwork.com | AWS | August 12, 2024, 16:55 (UTC:-05:00) |
| smiledirectclubpartnerdirect.com | AWS | August 12, 2024, 16:55 (UTC:-05:00) |
| smiledirectclubpartnernetwork.com | AWS | August 12, 2024, 16:19 (UTC:-05:00) |
| smiledirectclubspa.com | AWS | October 18, 2024, 10:23 (UTC:-05:00) |
| smiledirectclubstatic.com | AWS | July 02, 2024, 14:13 (UTC:-05:00) |
| smilelab.club | AWS | November 14, 2024, 15:38 (UTC:-06:00) |
| smilemore.club | AWS | July 18, 2024, 19:43 (UTC:-05:00) |
| smilepm.com | AWS | October 23, 2024, 13:07 (UTC:-05:00) |
| smldir.club | AWS | August 14, 2024, 16:07 (UTC:-05:00) |
| telehealthexplained.com | AWS | June 01, 2024, 11:58 (UTC:-05:00) |
| thegrinlife.com | AWS | April 03, 2024, 11:21 (UTC:-05:00) |
| thegrinsquad.com | AWS | October 19, 2024, 10:01 (UTC:-05:00) |
| whysdc.com | AWS | March 19, 2024, 23:23 (UTC:-05:00) |
| worldsmileweek.com | AWS | May 15, 2024, 14:14 (UTC:-05:00) |
| worldsmileweek.org | AWS | May 15, 2024, 14:14 (UTC:-05:00) |
| almosthomeliving.com | GoDaddy | 2/5/2024 |
| briteon.xxx | GoDaddy | 2/13/2024 |
| clubsmile.uk | GoDaddy | 2/17/2024 |
| mysmileclub.com | GoDaddy | 2/17/2024 |
| sd.club | GoDaddy | 2/17/2024 |
| sdc-partner-network.com | GoDaddy | 2/17/2024 |
| smile.store | GoDaddy | 2/21/2024 |
| smileclub.biz | GoDaddy | 3/19/2024 |
| smileclub.com | GoDaddy | 3/19/2024 |
| smileclub.dental | GoDaddy | 3/19/2024 |
| smileclub.dentist | GoDaddy | 3/19/2024 |
| smileclub.eu | GoDaddy | 3/19/2024 |
| smileclub.mobi | GoDaddy | 3/19/2024 |
| smileclub.net | GoDaddy | 3/19/2024 |
| smileclub.nl | GoDaddy | 3/19/2024 |

| | | |
|---|---|---|
| smileclub.xyz | GoDaddy | 3/19/2024 |
| smileclubalign.com | GoDaddy | 3/20/2024 |
| smileclubbank.com | GoDaddy | 3/20/2024 |
| smileclubbraces.com | GoDaddy | 3/20/2024 |
| smileclubcare.com | GoDaddy | 3/20/2024 |
| smileclubcare.net | GoDaddy | 3/20/2024 |
| smileclubcare.xyz | GoDaddy | 3/20/2024 |
| smileclubdental.com | GoDaddy | 3/20/2024 |
| smileclubdental.net | GoDaddy | 3/21/2024 |
| smileclubdentist.com | GoDaddy | 3/22/2024 |
| smileclubdentist.net | GoDaddy | 3/22/2024 |
| smileclubdoctor.com | GoDaddy | 3/22/2024 |
| smileclubfinance.com | GoDaddy | 3/25/2024 |
| smileclubfinancial.com | GoDaddy | 3/25/2024 |
| smileclubfinancing.com | GoDaddy | 3/27/2024 |
| smileclubinsurance.com | GoDaddy | 4/7/2024 |
| smileclubinsurances.com | GoDaddy | 4/11/2024 |
| smileclublife.com | GoDaddy | 5/1/2024 |
| smileclubloan.com | GoDaddy | 5/8/2024 |
| smileclubmall.com | GoDaddy | 5/8/2024 |
| smileclubmedspa.com | GoDaddy | 5/16/2024 |
| smileclubmedspas.com | GoDaddy | 5/16/2024 |
| smileclubonline.com | GoDaddy | 5/16/2024 |
| smileclubortho.com | GoDaddy | 5/17/2024 |
| smileclubpro.com | GoDaddy | 5/31/2024 |
| smileclubreview.com | GoDaddy | 6/18/2024 |
| smileclubreviews.com | GoDaddy | 8/2/2024 |
| smileclubreward.com | GoDaddy | 8/5/2024 |
| smileclubrewards.com | GoDaddy | 8/11/2024 |
| smileclubrx.com | GoDaddy | 8/24/2024 |
| smileclubs.uk | GoDaddy | 8/24/2024 |
| smileclubspa.com | GoDaddy | 8/24/2024 |
| smileclubspas.com | GoDaddy | 8/24/2024 |
| smileclubstore.com | GoDaddy | 8/24/2024 |
| smileclubteam.com | GoDaddy | 8/24/2024 |
| smileclubtrust.com | GoDaddy | 8/29/2024 |
| smileclubvip.com | GoDaddy | 8/29/2024 |
| smileclubvp.com | GoDaddy | 8/29/2024 |
| smileco.com | GoDaddy | 8/29/2024 |
| smiledirect.app | GoDaddy | 9/1/2024 |
| SMILEDIRECT.CLUB | GoDaddy | 9/7/2024 |

| | | |
|---|---|---|
| smiledirectclub.ai | GoDaddy | 11/2/2024 |
| smiledirectclub.app | GoDaddy | 12/6/2024 |
| teamsmileclub.com | GoDaddy | 5/6/2032 |
| accessdentallab.co.uk | Marcaria | 2/20/2024 |
| accessdentallab.pl | Marcaria | 8/23/2024 |
| accessdentallabs.co.uk | Marcaria | 2/20/2024 |
| grinner.net | Marcaria | 8/6/2024 |
| sdccare.com | Marcaria | 5/9/2024 |
| sdccareplus.com | Marcaria | 5/9/2024 |
| sdcsmileos.com | Marcaria | 11/13/2024 |
| siledirect.co.uk | Marcaria | 2/20/2024 |
| smileclubs.co.uk | Marcaria | 2/20/2024 |
| smiledireclub.at | Marcaria | 6/12/2024 |
| smiledireclub.co.at | Marcaria | 6/12/2024 |
| smiledireclub.com.de | Marcaria | 6/16/2024 |
| smiledireclub.de | Marcaria | 6/10/2024 |
| smiledirect.com.pl | Marcaria | 11/3/2024 |
| smiledirect.pr | Marcaria | 9/23/2024 |
| smiledirectclub.at | Marcaria | 11/1/2024 |
| smile-direct-club.at | Marcaria | 6/12/2024 |
| smiledirectclub.be | Marcaria | 11/25/2024 |
| smiledirectclub.co.at | Marcaria | 12/14/2024 |
| smile-direct-club.co.at | Marcaria | 6/20/2024 |
| smiledirectclub.co.com | Marcaria | 3/5/2024 |
| smiledirectclub.co.cz | Marcaria | 8/20/2024 |
| smiledirectclub.co.de | Marcaria | 7/4/2024 |
| smiledirectclub.co.dk | Marcaria | 3/8/2024 |
| smiledirectclub.co.it | Marcaria | 3/5/2024 |
| smiledirectclub.com.de | Marcaria | 8/17/2024 |
| smile-direct-club.com.de | Marcaria | 6/16/2024 |
| smiledirectclub.com.ee | Marcaria | 3/8/2024 |
| smiledirectclub.com.es | Marcaria | 8/19/2024 |
| smiledirectclub.com.gl | Marcaria | 3/5/2024 |
| smiledirectclub.com.gr | Marcaria | 3/5/2024 |
| smiledirectclub.com.hk | Marcaria | 12/12/2024 |
| smiledirectclub.com.hr | Marcaria | 3/5/2024 |
| smiledirectclub.com.nl | Marcaria | 8/19/2024 |
| smiledirectclub.com.pl | Marcaria | 8/19/2024 |
| smiledirectclub.com.se | Marcaria | 8/19/2024 |
| smiledirectclub.company | Marcaria | 3/5/2024 |
| smile-direct-club.de | Marcaria | 6/10/2024 |

| | | |
|---|---|---|
| smiledirectclub.de.com | Marcaria | 8/19/2024 |
| smiledirectclub.dk | Marcaria | 8/20/2024 |
| smiledirectclub.ee | Marcaria | 3/8/2024 |
| smiledirectclub.fi | Marcaria | 8/20/2024 |
| smiledirectclub.fr | Marcaria | 10/25/2024 |
| smiledirectclub.gl | Marcaria | 3/5/2024 |
| smiledirectclub.global | Marcaria | 3/5/2024 |
| smiledirectclub.hk | Marcaria | 5/22/2024 |
| smiledirectclub.hu | Marcaria | 8/20/2024 |
| smiledirectclub.hu.net | Marcaria | 8/19/2024 |
| smiledirectclub.international | Marcaria | 3/5/2024 |
| smiledirectclub.it | Marcaria | 8/19/2024 |
| smiledirectclub.nl | Marcaria | 10/15/2024 |
| smiledirectclub.org.uk | Marcaria | 8/19/2024 |
| smiledirectclub.pl | Marcaria | 7/19/2024 |
| smiledirectclub.pr | Marcaria | 9/23/2024 |
| smiledirectclub.pt | Marcaria | 8/19/2024 |
| smiledirectclub.se | Marcaria | 8/20/2024 |
| smiledirectclub.si | Marcaria | 3/5/2024 |
| smiledirectclub.uk | Marcaria | 8/19/2024 |
| smiledirectclub.uk.com | Marcaria | 8/19/2024 |
| smiledirectclub.uk.net | Marcaria | 8/19/2024 |
| smiledirectclub.web.tr | Marcaria | 8/20/2024 |
| smiledirectclub.za.com | Marcaria | 8/19/2024 |
| smiledirectclubadvantage.com | Marcaria | 5/9/2024 |
| smiledirectclubcare.com | Marcaria | 9/6/2024 |
| smiledirectclubcareplus.com | Marcaria | 5/9/2024 |
| smiledirectclubchina.com | Marcaria | 10/28/2024 |
| smiledirectclub-cn.com | Marcaria | 10/28/2024 |
| smiledirectclub-in.com | Marcaria | 10/28/2024 |
| smiledirectclubindia.com | Marcaria | 10/28/2024 |
| smiledirectclubplus.com | Marcaria | 5/9/2024 |
| smiledirectclubs.com | Marcaria | 5/1/2024 |
| smiledirectklub.at | Marcaria | 6/12/2024 |
| smile-direct-klub.at | Marcaria | 6/12/2024 |
| smiledirectklub.co.at | Marcaria | 6/12/2024 |
| smile-direct-klub.co.at | Marcaria | 6/12/2024 |
| smiledirectklub.com.de | Marcaria | 6/16/2024 |
| smile-direct-klub.com.de | Marcaria | 6/16/2024 |
| smiledirectklub.de | Marcaria | 6/10/2024 |
| smile-direct-klub.de | Marcaria | 6/10/2024 |

| | | |
|---|---|---|
| smiledirekt.at | Marcaria | 6/12/2024 |
| smiledirekt.co.at | Marcaria | 6/12/2024 |
| smiledirekt.co.de | Marcaria | 6/11/2024 |
| smiledirekt.com.de | Marcaria | 6/16/2024 |
| smiledirektclub.com | Marcaria | 9/13/2024 |
| smiledirektclub.com.de | Marcaria | 9/13/2024 |
| smiledirektclub.de | Marcaria | 9/7/2024 |
| smiledirektklub.at | Marcaria | 6/12/2024 |
| smile-direkt-klub.at | Marcaria | 6/12/2024 |
| smiledirektklub.co.at | Marcaria | 6/12/2024 |
| smile-direkt-klub.co.at | Marcaria | 6/12/2024 |
| smiledirektklub.com.de | Marcaria | 6/16/2024 |
| smile-direkt-klub.com.de | Marcaria | 6/16/2024 |
| smiledirektklub.de | Marcaria | 6/10/2024 |
| smile-direkt-klub.de | Marcaria | 6/10/2024 |
| smilemaker.ai | Marcaria | 8/4/2024 |
| smilemaker.app | Marcaria | 8/4/2024 |
| smilemaker.au | Marcaria | 10/2/2024 |
| smilemakerplatform.app | Marcaria | 8/4/2024 |
| smilemakerplatform.com | Marcaria | 8/4/2024 |
| smileonworld.cl | Marcaria | 10/16/2024 |
| smileonworld.cn | Marcaria | 10/16/2024 |
| smileonworld.com | Marcaria | 10/16/2024 |
| smileonworld.com.ar | Marcaria | 10/17/2024 |
| smileonworld.com.hk | Marcaria | 10/16/2024 |
| smileonworld.de | Marcaria | 10/10/2024 |
| smileonworld.dk | Marcaria | 10/20/2024 |
| smileonworld.es | Marcaria | 10/16/2024 |
| smileonworld.eu | Marcaria | 10/9/2024 |
| smileonworld.fr | Marcaria | 10/16/2024 |
| smileonworld.hk | Marcaria | 10/16/2024 |
| smileonworld.it | Marcaria | 10/16/2024 |
| smileonworld.nl | Marcaria | 10/12/2024 |
| smileonworld.pl | Marcaria | 10/16/2024 |
| smileonworld.se | Marcaria | 10/16/2024 |
| smileonworld.uk | Marcaria | 10/16/2024 |
| smileos.com | Marcaria | 11/10/2024 |
| worldsmileweek.co.de | Marcaria | 5/25/2024 |
| worldsmileweek.co.uk | Marcaria | 5/14/2024 |
| worldsmileweek.com.de | Marcaria | 5/20/2024 |
| worldsmileweek.com.hk | Marcaria | 5/22/2024 |

| worldsmileweek.de | Marcaria | 5/8/2024 |
|---|---|---|
| worldsmileweek.fr | Marcaria | 5/14/2024 |
| worldsmileweek.hk | Marcaria | 5/22/2024 |
| worldsmileweek.uk | Marcaria | 5/14/2024 |

## Schedule 3

### Software, Source Code, and Database Assets

Included

- Source code for the following core applications:
  - SmileMaker
  - SmileOS
  - SmileCheck
- Source code for the following non-core applications:
  - SmileMore
  - Software related to aligner manufacturing
- Documentation related to the applications above:
  - Software requirements specifications
  - Test protocols and result reports
  - IT technical documentation
  - Marketing presentations
- Data related to the core applications above:
  - Anonymized digital dental scan data
  - Library of input photos
  - Anonymized clinical outcome data

Excluded

- Personally identifiable information related to SDC customers
- Financial records of any kind