No. 23-15183

# IN THE
United States Court of Appeals for the
Ninth Circuit

**ALIGN TECHNOLOGY, INC.,**
*Plaintiff-Appellee,*

v.

**SMILEDIRECTCLUB, LLC; et al.,**
*Defendants-Appellants.*

On Appeal from the United States District Court,
Northern District of California,
Case No. 3:23-cv-00023-EMC
(The Honorable Edward M. Chen)

## THE PARTIES' JOINT UPDATE RE STATUS OF SMILEDIRECTCLUB LLC'S BANKRUPTCY FILING

Krista M. Enns
Benesch, Friedlander, Coplan &
Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: (628) 600-2250
Facsimile: (628) 221-5828
kenns@beneschlaw.com

Michael D. Meuti
Benesch, Friedlander, Coplan &
Aronoff LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
mmeuti@beneschlaw.com

*Attorneys for Non-Debtor Individual Appellants*

In accordance with the Court's order of October 14, 2025, Appellee Align Technology, Inc. ("Align") and the Non-Debtor Individual Appellants named in the case[1] hereby provide a joint update to the Court on the status of this appeal. As set forth below, the parties respectfully submit that this appeal is moot and should be dismissed.

This appeal was filed on February 9, 2023.

On September 29, 2023, and after this appeal was filed, Appellants SmileDirectClub, LLC, SmileDirectClub, Inc., and SDC Financial LLC (collectively "SDC" or "Debtors") filed for protection under Chapter 11 of the United States Bankruptcy Code. The Bankruptcy Court converted the Chapter 11 proceeding to a Chapter 7 proceeding and appointed a Chapter 7 trustee (Allison Byman, the "Chapter 7 Trustee"). Counsel for the Chapter 7 Trustee is now counsel for the Debtors.

To date, the Debtors and the Non-Debtor Individual Appellants have taken the position that the Debtors' appeal is subject to the Bankruptcy Code's automatic stay. Appellee Align disagreed. *See* Jones Letter Brief, Dkt. 43 (Oct. 12, 2023). Nonetheless, this appeal has been

---

[1] The Non-Debtor Individual Appellants are David Katzman, Steven Katzman, Jeffrey Sulitzer, Alex Fenkell, Jordan Katzman, and Camelot Venture Group.

stayed since that time, with the parties periodically updating this Court by filing Status Reports as requested.

At this point, however, the parties agree and respectfully submit that subsequent developments have mooted this appeal and that, in the interests of efficiency, the Court should therefore dismiss it.

A copy of this draft filing has been provided to the Chapter 7 Trustee and her counsel, Porter & Hedges, and they have concurred with and agree to this dismissal. Accordingly, counsel for Appellees, the Non-Debtor Individual Appellants, and the Debtors' counsel request that this appeal be dismissed as moot.

DATED: November 4, 2025

By: /s/ *Jameson R. Jones*
JAMESON R. JONES
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80249
jameson.jones@bartlitbeck.com

Adam M. Rapp (CA Bar # 280824)
Glynn, Finley, Mortl, Hanlon & Friedenberg, LLP
100 Pringle Ave, Suite 500
Walnut creek, CA 94596
arapp@glynnfinley.com

Attorneys for Plaintiff Appellee, Align Technology, Inc.

DATED: November 4, 2025

By: /s/ *Michael D. Meuti*
Michael D. Meuti
Benesch, Friedlander, Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
mmeuti@beneschlaw.com

Krista M. Enns
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111
kenns@beneschlaw.com

Attorneys for Defendants-Appellants David Katzman, Steven Katzman, Jeffrey Sulitzer, Alex Fenkell, Jordan Katzman, and Camelot Venture Group.

**AGREED TO BY:**

/s/ *Aaron J. Power*
Joshua W. Wolfshohl
Aaron J. Power
Porter Hedges LLP
1000 Main St., 36th Floor
Houston, Texas 77002
jwolfshohl@porterhedges.com
apower@porterhedges.com

Attorneys for Debtor Appellants & Allison D. Byman, Trustee

# STATEMENT OF RELATED CASES

Other than cases identified on the cover page of this brief, defendants are unaware of any related cases currently pending in this Court.

Dated: November 4, 2025        /s/ *Michael D. Meuti*
                               Michael D. Meuti

                               *Attorney for Defendants-Appellants David Katzman, Steven Katzman, Jeffrey Sulitzer, Alex Fenkell, Jordan Katzman, and Camelot Venture Group.*

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I certify that:

This brief complies with the length limits permitted by Ninth Circuit Rules 32-1(a) and 32-2(b). This brief contains 312 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f), and is filed by separately represented parties.

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionately spaced typeface using Microsoft Word 2016, Century Schoolbook 14-point font.

Dated: November 4, 2025         /s/ *Michael D. Meuti*
                                Michael D. Meuti

                                *Attorney for Defendants-Appellants David Katzman, Steven Katzman, Jeffrey Sulitzer, Alex Fenkell, Jordan Katzman, and Camelot Venture Group.*

# CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: November 4, 2025

/s/ *Michael D. Meuti*
Michael D. Meuti

*Attorney for Defendants-Appellants David Katzman, Steven Katzman, Jeffrey Sulitzer, Alex Fenkell, Jordan Katzman, and Camelot Venture Group.*